UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, as subrogee of Ron Turner, Peggy Turner, and Cottage Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SEA ISLAND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  2:08-CV-00003-AAA-JEG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-captioned matter, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and hereby stipulate to the dismissal with prejudice of this lawsuit, including all claims and counterclaims. Each side will bear its own costs and attorney fees.

Dated this ___ day of August, 2008.

Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone: (404) 572-2000
Facsimile: (404) 572-2199

COZEN O'CONNOR

_____
Albert G. Dugan, Jr., Esq.
Georgia Bar No. 232122
Counsel for Plaintiff

HAWKINS & PARNELL, LLP

_____
C. Shane Keith
Georgia Bar No. 411317
Counsel for Defendant

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

APPROVED:

_____
Judge, U. S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Allstate Prop. & Cas. Ins. Co. a/s/o Ron & Peggy Turner and Cottage Holdings, LLC       ) ) ) ) | |
| Plaintiff,       ) ) | CIVIL ACTION FILE NO: |
| vs.       ) ) | 2:08-CV-00003-AAA-JEG |
| Sea Island Company,       ) ) | |
| Defendant.       ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** on opposing counsel by US Mail, addressed as follows:

>   Albert G. Dugan, Jr., Esq.
>   Cozen O'Connor
>   Suite 2200 SunTrust Plaza
>   303 Peachtree Street
>   Atlanta, Georgia 30308

Dated this 8th day of September, 2008.

HAWKINS & PARNELL, LLP

_____
C. Shane Keith
Georgia Bar No. 411317

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243